# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY GRAY** | **CIVIL ACTION NO.** |
| **VERSUS** | **16-689-BAJ-EWD** |
| **CRAIG WHITE, ET AL.** | |

## VIDEO SETTLEMENT CONFERENCE REPORT AND RECOMMENDATION

A video settlement conference was held via Zoom before Magistrate Judge Erin Wilder-Doomes on August 3, 2022, with the following participants:

**PRESENT:**

**Donna U. Grodner**
Counsel for Plaintiff,
Timothy Gray

**Timothy Gray**[1]
Plaintiff

**Garret W. Wick**[2]
Counsel for Defendants,
Craig White, John Wells, Michelle Sullivan, and Lindell Slater

**Jason Clark**
Representative of Defendants,
Craig White, John Wells, Michelle Sullivan, and Lindell Slater

The parties reached amicable resolution of all claims, which agreement was recited into the record.

## RECOMMENDATION

**IT IS RECOMMENDED** that a 60-day conditional order of dismissal issue.

Signed in Baton Rouge, Louisiana, on August 3, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Due to technical difficulties, Mr. Gray participated by telephone.
[2] James "Gary" Evans of the Louisiana Attorney General's Office also participated in the settlement conference.